**Order entered August 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00089-CR
No. 05-15-00090-CR

**DEREK LYNN JEFFERY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-16488-R, F14-75920-R**

## ORDER

The Court **REINSTATES** the appeals.

On August 11, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On August 25, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the August 11, 2015 order requiring findings.

We **GRANT** the August 25, 2015 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/      LANA MYERS
               JUSTICE